UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,
v.                                                 Case No. 09-20613

Douglas Sam Ray,                      Honorable Sean F. Cox

    Defendant.
_____/

## ORDER
## ACCEPTING AND ADOPTING REPORT & RECOMMENDATION
## AND DENYING DEFENDANT'S MOTION TO SUPPRESS

Defendant Douglas Sam Ray ("Defendant") is charged with being a felon in possession of ammunition. On January 29, 2010, Defendant filed a Motion to Suppress (Docket Entry No. 15), which was referred to Magistrate Judge Michael Hluchaniuk for issuance of a Report and Recommendation ("R&R").

On April 15, 2010, Magistrate Judge Hluchaniuk issued an R&R (Docket Entry No. 25), wherein he recommended that the Court deny Defendant's Motion to Suppress.

On April 20, 2010, Magistrate Judge Hluchaniuk issued an Amended R&R (Docket Entry No. 26), for the sole purpose of including language related to review of the R&R by this Court based upon timely objections by either party. (*See* R&R at 10-11).

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R. "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the

1

magistrate judge's disposition to which specific written objection has been made." *Id*.

The time for filing objections to the April 20, 2010 Amended R&R has expired and the docket reflects that neither party has filed objections.

The Court hereby **ADOPTS** the April 20, 2010 Amended R&R.  **IT IS ORDERED** that Defendant's Motion to Suppress is **DENIED.**

**IT IS SO ORDERED.**

        s/Sean F. Cox
        Sean F. Cox
        United States District Judge

Dated:  May 17, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 17, 2010, by electronic and/or ordinary mail.

        s/Jennifer Hernandez
        Case Manager